**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

Robert Mossbruger, Michael Mossbruger, and Joseph Mossbruger, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FCREI Properties, LLC d/b/a Ultra Modern Investments,

Defendant.

Case No. 3:26-cv-00889-O

**DEFENDANT FCREI PROPERTIES, LLC D/B/A ULTRA MODERN INVESTMENTS' MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant FCREI Properties, LLC d/b/a Ultra Modern Investments ("UMI") moves this Court to dismiss Plaintiff's claims for failure to state a claim. In support of said motion, UMI would respectfully show the Court as follows:

**I.**
**SUMMARY OF MOTION TO DISMISS**

Plaintiffs purport to bring claims alleging violation of subsection (c) of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") in connection with their receipt of text messages sent by or on behalf of UMI. As shown in UMI's Brief in Support of this Motion, filed contemporaneously and incorporated as if fully set forth herein, UMI moves to dismiss those claims because Plaintiffs do not state a claim upon which relief can be granted. First, none of the disputed messages constitute "telephone solicitations" under the TCPA because the purpose of the messages was to purchase Plaintiffs' home, not to induce Plaintiffs to make a purchase from UMI, as

demonstrated by the images of those messages embedded into paragraphs 20-22 of the Complaint. Second, the private right of action afforded by 47 U.S.C. § 227(c)(5) is limited to recipients of telephone calls, not recipients of text messages. Finally, there is no private right of action pursuant to 47 U.S.C. § 227(c)(5) for alleged violation 47 C.F.R. § 64.1200(c), as that regulation was not prescribed pursuant to authority conferred on the Federal Communications Commission by 47 U.S.C. § 227(c).

## II.
## RELIEF SOUGHT

For the reasons set forth above and discussed in further detail in UMI's Brief, UMI requests that the Court dismiss all claims asserted against UMI, with prejudice, pursuant to Rule 12(b)(6).

DATED: May 22, 2026

Respectfully submitted,

KLEIN MOYNIHAN TURCO LLP

*Attorneys for FCREI Properties, LLC d/b/a Ultra Modern Investments*

By: */s/ Neil E. Asnen*
Neil E. Asnen (*pro hac vice* application pending)
New York Bar No. 4785184
450 7th Avenue – 40th Floor
New York, NY 10123
Telephone: (212) 246-0900
Email: nasnen@kleinmoynihan.com

-and-

VARTABEDIAN KATZ, HESTER & HAYNES

By: */s/ Richard B. Roper*
Richard B. Roper
Texas Bar No. 17233700
2200 Ross Avenue – Suite 4200 West
Dallas, TX 75201
Telephone: (817) 309.9092
Email: Richard.Roper@vkhh.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *Richard B. Roper*
Richard B. Roper